UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

**Current Lighting Solutions, LLC**

    Plaintiff

    V.

CIVIL ACTION

NO. 1:23-11398-GAO

**Signify Holding B.V. et al**

    Defendant

## ORDER OF DISMISSAL

O'TOOLE, D. J.

In accordance with the Court's OPINION AND ORDER (Dkt. No. 63) dated February 6, 2024, it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

    By the Court,

2/6/2024                    /s/ Flaviana de Oliveira
Date                          Deputy Clerk